UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William A. Henley, | ) | C/A No.: 2:11-1487-JFA-BHH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| William Byars, SCDC Commissioner; | ) | |
| Willie Eagleton, Warden; Thomas Moore, | ) | |
| SCDC Medical Director; B. Drego, | ) | |
| Evans Medical Doctor; Amy Smith, | ) | |
| Evans Head Nurse, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The *pro se* plaintiff is a prisoner incarcerated with the South Carolina Department of Corrections. He brings this action pursuant to 42 U.S.C. § 1983 alleging violations of his constitutional rights with regard to his medical care.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that the plaintiff's motion for a preliminary injunction should be denied. The Report sets forth in detail the relevant facts and standards of law on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on September 12, 2011. The plaintiff

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

did not file objections to the Report. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After carefully reviewing the applicable laws, the record in this case, and the Report and Recommendation, this court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. The Report is incorporated herein by reference.

Accordingly, the plaintiff's motion for a preliminary injunction (ECF No. 16) is denied and this matter shall be returned to the Magistrate Judge for further pretrial matters.

IT IS SO ORDERED.

October 19, 2011                              Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge